FILED
CLERK, U.S. DISTRICT COURT
MAY 31 2017

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>    v.<br><br>David Joe Moreno,<br><br>    Defendant. | Case No. 2:07-CR-1050-DSF<br><br>ORDER OF DETENTION AFTER HEARING<br>(Fed.R.Crim.P. 32.1(a)(6)<br>18 U.S.C. § 3143(a)<br>Allegations of Violations of<br>Probation/Supervised Release<br>Conditions) |

    On arrest warrant issued by the United States District Court for the \_\_\_\_CDCA\_\_\_\_ involving alleged violations of conditions of probation/supervised release:

    1.    The court finds that no condition or combination of conditions will reasonably assure:

        A.    (✓) the appearance of defendant as required; and/or

        B.    (✓) the safety of any person or the community.

///
///
///
///
///

2. The Court concludes:

   A. (✓) Defendant has failed to demonstrate by clear and convincing evidence that he is not likely to pose a risk to the safety of any other persons or the community. Defendant poses a risk to the safety of other persons or the community based on:

   _____
   _____
   _____
   _____
   _____

   B. (✓) Defendant has failed to demonstrate by clear and convincing evidence that he is not likely to flee if released. Defendant poses a flight risk based on: _____
   _____
   _____
   _____
   _____

IT IS ORDERED that defendant be detained.

DATED: 5/31/17

                                    _____
                                    HONORABLE JACQUELINE CHOOLJIAN
                                    United States Magistrate Judge